UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Pamela Hollis
Date: July 16, 2015
Bankruptcy Case No. 15-11050
Adversary No. ___
Title of Case: In Re: Jeffery Sheets

Brief Statement of Motion:

Names and Addresses of moving counsel:
Levin Law Ltd.
2138 W. Chicago, IL
Chicago, IL 60622

Representing: Roy Anderson (CREDITOR)

## ORDER

The matter having come to be heard on Creditor Roy Anderson's motion for extension of time to object to Discharge under section 523 and/or section 727) p's4 to September 8, 2015 and for leave to conduct or attend a 2004 examination of the debtor Jeffery P. Sheets, the court advised in the premises, this motion is granted.